AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**00-6233 CIV-SEITZ**
MAGISTRATE JUDGE
GARBER

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS, INC., a Florida not-for-profit corporation;

v.

INSURANCE LADY, INC. BSN
THERAPISTS; and J-CAR PROPERTIES, INC.,

TO:  Catherine Casse Via Benita, Boca Raton, FL 33433
     Registered Agent for Service of Process for J-CAR PROPERTIES, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Lance J. Wogalter
Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield beach, fl 33442

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                              February 16, 2000
CLERK                                        DATE

(BY) DEPUTY CLERK