FILED BY _____ DC

00 JUL 18 AM 10: 57

CLARE DDOX
CLERK ST. CT.
S.D. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CITIZENS CONCERNED ABOUT )
DISABILITY ACCESS, INC., a Florida )
not-for-profit corporation, )
 )
        Plaintiff, ) Case No. 00-6233-CIV-SEITZ/GARBER
 )
v. )
 )
INSURANCE LADY, INC.; BSN )
THERAPISTS; and J-CAR )
PROPERTIES, INC., )
 )
        Defendants. )
 )
 )

## RESPONSE TO ORDER TO SHOW CAUSE

The court issued an order to show cause dated July 7, 2000, inquiring why a joint scheduling report has not been filed. Plaintiff responds as follows:

As of this date, July 17, 2000, none of the defendants have filed any pleading or any papers, nor filed any appearance, in this action. Accordingly, plaintiff's counsel has not been able to prepare or submit a joint scheduling report. Insurance Lady, Inc. and J-Car Properties, Inc. have been served and are in default.

1

#6
#

_____
Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.   954-592-2184
Fax   954-725-1303
Counsel for Plaintiff

## Certificate

I certify that as of this July 17, 2000, no defendant has filed an appearance in this matter.

_____