FILED BY _____ DC

00 JUL 18 AM 10:57

CLARENCE MADDOX
CLERK, DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CITIZENS CONCERNED ABOUT )
DISABILITY ACCESS, INC., a Florida )
not-for-profit corporation, )
                              )
           Plaintiff, )   Case No. 00-6233-CIV-SEITZ/GARBER
                              )
v. )
                              )
INSURANCE LADY, INC.; BSN )
THERAPISTS; and J-CAR )
PROPERTIES, INC., )
                              )
           Defendants. )
                              )

**APPLICATION FOR JUDGEMENT OF DEFAULT**

This matter was filed on February 16, 2000. On March 15, 2000, defendants Insurance Lady, Inc. and J-Car Properties, Inc. were both served. See exhibits 1 and 2 attached hereto. As of this date, neither of these defendants has served upon the undersigned any papers nor made any response to the summons and complaint.

Accordingly, plaintiff requests that the Court issue a judgment of default pursuant to Fed. R. Civ. P. 55.

_____
Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.   954-592-2184
Fax   954-725-1303
Counsel for Plaintiff

## Certificate

I certify that as of this July 17, 2000, no defendant has filed an appearance in this matter.

_____