UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED BY _____ JC _____ D.C.
'TAKE
00 AUG -4 PM 1:05
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CITIZENS CONCERNED ABOUT )
DISABILITY ACCESS, INC., a Florida )
not-for-profit corporation, )
)
       Plaintiff, ) Case No. 00-6233-CIV-SEITZ/GARBER
)
v. )
)
INSURANCE LADY, INC.; BSN ) **NOTICE OF UNAVAILABILITY**
THERAPISTS; and J-CAR )
PROPERTIES, INC., )
)
       Defendants. )
)
)

PLEASE TAKE NOTICE that the undersigned will be unavailable August 7 - 11, and 21 - 22 and September 21 - 25, 2000. It is requested that no hearings or other matters requiring the undersigned's presence be scheduled for these dates.

Respectfully submitted,

_____
Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel. 954-592-2184; Fax 954-725-1303; Florida Bar No. 932183
Counsel for Plaintiff

                   Certificate

I certify that as of this August 2, 2000, no defendant has filed an appearance in this matter.

_____

