UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, | ) ) ) ) |
| Plaintiff, | ) Case No. 00-6233-CIV-SEITZ/GARBER |
| v. | ) |
| INSURANCE LADY, INC.; BSN THERAPISTS; and J-CAR PROPERTIES, INC., | ) ) ) |
| Defendants. | ) |

### AMENDED APPLICATION FOR JUDGEMENT OF DEFAULT[1]
### AND REQUEST FOR RELIEF FROM THE COURT'S ORDER REQUIRING A JOINT SCHEDULING REPORT AND PROPOSED ORDER

This matter was filed on February 16, 2000. On March 15, 2000, defendants Insurance Lady, Inc. and J-Car Properties, Inc. were both served. See exhibits 1 and 2 attached hereto. As of this date, neither of these defendants has served upon the undersigned any papers nor made any response to the summons and complaint.

---

[1] This is a second application for default. The first application was mailed to the Court for filing on July 17, 2000, but the exhibits referenced therein were inadvertently not attached. This application has attached as exhibits the verified returns of service.

1





Accordingly, plaintiff requests that the Court issue a judgment of default pursuant to Fed. R. Civ. P. 55.

Additionally, because defendants have not filed any appearance, plaintiff cannot confer with opposing counsel nor prepare a joint scheduling report. Accordingly, plaintiff requests that it be relieved from the Court's previous order requiring counsel to meet and prepare a joint scheduling report and proposed order.

Respectfully Submitted,

_____
Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.   954-592-2184
Fax   954-725-1303
Counsel for Plaintiff

## Certificate

I certify that as of this August 24, 2000, no defendant has filed an appearance in this matter.

_____

VERIFIED RETURN OF SERVICE
J-CAR PROPERTIES, INC.   . BY SERVING REGISTERED AGENT CATHERINE CA IA BENITA

UNITED STATES DISTRICT COURT                                CASE: 00-6233 CIV SEITZ
THE SOUTHERN DISTRICT OF FLORIDA

---

CITIZENS CONCERNED ABOUT DISABILITY            SUMMONS, COMPLAINT, PLAINTIFF'S FIRST SET OF
ACCESS, INC. A FL NOT-FOR PROFIT CORP          INTERROGATORIES TO DEFENDANT J-CAR PROPERTIES INC
                                               FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO J-CAR
vs.                                            PROPERTIES INC.

INSURANCE LADY, INC.,BSN THERAPISTS
AND J-CAR PROPERTIES INC.

---

Pursuant to the request of LANCE J. WOGALTER, ESQ., , Pompano Beach, FL. ZIRKLE PROCESS SERVICE INC., received this process on February 29, 2000 at 01:51 P.M.

I, JOHN MCNAMARA served same on **J-CAR PROPERTIES, INC.   . BY SERVING REGISTERED AGENT THERINE CA IA BENITA**, at ***440 S. FEDERAL HIGHWAY***, ***BOCA RATON***, FL on **RCH 15, 2000 at 11:00 A.M.**

CORPORATE SERVICE

By serving a copy of the above document(s) to **CATHERINE CASSE VIABENITA** as **REGISTERED AGENT** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation does not keep a registered agent present as required by F.S., Section 48.091.

COMMENTS

SERVED AT 2ND. ADDRESS OF 440 S. FEDERAL HIGHWAY, DEERFIELD BEACH, FL. UNABLE TO LOCATE ANYONE AT BOCA ADDRESS

Under penalties of perjury, I            ZIRKLE PROCESS SERVICE INC.
declare that I have read the              8464 STATE ROAD 84
 rgoing document and that the facts      FORT LAUDERDALE, FL 33324
stated in it are true.                    OFFICE (954) 382-4748
March 16th, 2000

_JOHN MCNAMARA_
INDEX  21854

Exh. 1

VERIFIED RETURN OF SERVICE
INSURANCE LADY, INC. BY SERVING REGISTERED AGENT CATHERINE CASSE V IA BENITA

UNITED STATES DISTRICT COURT                              CASE: 00-6233 CIV SEITZ
THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC. A FL NOT-FOR PROFIT CORP<br><br>vs.<br><br>INSURANCE LADY, INC., BSN THERAPISTS AND J-CAR PROPERTIES INC. | SUMMONS, COMPLAINT, PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT INSURANCE LADY INC. FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO INSURANCE LADY, INC. |

Pursuant to the request of LANCE J. WOGALTER, ESQ., , Pompano Beach, FL. ZIRKLE PROCESS SERVICE INC., received this process on February 17, 2000 at 01:51 P.M.

I, JOHN MCNAMARA served same on **INSURANCE LADY, INC. BY SERVING REGISTERED AGENT THERINE CASSE V IA BENITA**, at OR 440 S. FEDERAL HWY, DEERFIELD BEACH, FL 33441 on MARCH 15, 2000 at 11:00 A.M.

CORPORATE SERVICE

By serving a copy of the above document(s) to **CATHERINE CASSE VIABENITA** as **REGISTERED AGENT** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation does not keep a registered agent present as required by F.S., Section 48.091.

COMMENTS

SERVED AT 2ND. ADDRESS OF 440 S. FEDERAL HIGHWAY, DEERFIELD BEACH, FL (UNABLE TO LOCATE ANYONE AT BOCA ADDRESS)

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.
March 16th, 2000

_____
JOHN MCNAMARA

INDEX   21853

ZIRKLE PROCESS SERVICE INC.
8464 STATE ROAD 84
FORT LAUDERDALE, FL 33324
OFFICE (954) 382-4748

Exh. 2