UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6233-CIV-SEITZ/GARBER

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,

        Plaintiff,

vs.

INSURANCE LADY, INC.,
*et al.*,

        Defendants.
_____/

## ORDER DENYING MOTION FOR JUDGMENT OF DEFAULT AND RELIEF FROM ORDER TO FILE JOINT SCHEDULING REPORT

THIS MATTER is before the Court on Plaintiff's Amended Application for Judgment of Default and Request for Relief from the Court's Order Requiring a Joint Scheduling Report ("Motion") [DE 9]. The Court has reviewed the above referenced Motion, the pertinent portions of the record, and is otherwise fully advised. Because Plaintiff's motion for default judgment is premature, the Court shall deny Plaintiff's Motion.

Prior to obtaining a default judgment either by the Clerk of the Court under Fed. R. Civ. P. 55(b)(1) or by the Court under Fed. R. Civ. P. 55(b)(2), the Clerk must enter default as provided by Fed. R. Civ. P. 55(a). *See* 10A Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2682 (3d ed. 1998). *See also Brooks v. United States*, 29 F. Supp. 2d 613, 618 (N.D. Cal. 1998) ("The entry of default judgment is a two-part process; default judgment may be entered only upon the entry of default by the Clerk of the Court."). Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Amended Application for Judgment of Default and Request for Relief from the Court's Order Requiring a Joint Scheduling Report [DE 9] is DENIED.



It is further

ORDERED that Plainitff's Motion for Default Judgment [DE 7] is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of September, 2000.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Lance J. Wogalter, Esq.
Catherine Casse Via Benita, Registered Agent