UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

NOV 14 2000

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE LADY, INC.; BSN THERAPISTS; and J-CAR PROPERTIES, INC.,<br><br>Defendants. | Case No. 00-6233-CIV-SEITZ/GARBER<br><br>**PLAINTIFF'S MOTION THAT THE CLERK OF COURT ENTER A DEFAULT AGAINST THE DEFENDANTS PURSUANT TO FED. R. CIV. P. 55(a)** |

This matter was filed on February 16, 2000. On March 15, 2000, defendants Insurance Lady, Inc. and J-Car Properties, Inc. were both served as evidenced by the affidavits of service which were attached as exhibits 1 and 2 to the *Amended Application for Judgement of Default and Request For Relief From The Court's Order Requiring a Joint Scheduling Report And Proposed Order* (DE 9). As of this date, neither of these defendants has served upon the undersigned any papers nor made any response to the summons and complaint.

_____
Lance J. Wogalter, Esq., Lance J. Wogalter, P.A.
Florida Bar No. 932183, Counsel for Plaintiff
3712 W. Hillsboro Blvd., Deerfield Beach, FL 33442
Tel.   954-592-2184;  Fax   954-725-1303

**Certificate**:   I certify that as of this November 13, 2000, no defendant has filed an appearance in this matter.

_____