## VERIFIED RETURN OF SERVICE
INSURANCE LADY, INC. BY SERVING REGISTERED AGENT CATHERINE CASSE V IA BENITA

UNITED STATES DISTRICT COURT  
THE SOUTHERN DISTRICT OF FLORIDA

CASE: 00-6233 CIV SEITZ

---

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC. A FL NOT-FOR PROFIT CORP<br><br>vs.<br><br>INSURANCE LADY, INC., BSN THERAPISTS AND J-CAR PROPERTIES INC. | SUMMONS, COMPLAINT, PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT INSURANCE LADY INC, FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO INSUR ANCE LADY, INC.<br><br>FILED BY ___ DKTG<br><br>AUG 28 2000<br><br>CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - MIAMI |

Pursuant to the request of LANCE J. WOGALTER, ESQ., , Pompano Beach, FL. ZIRKLE PROCESS SERVICE INC., received this process on February 17, 2000 at 01:51 P.M.

I, JOHN MCNAMARA served same on **INSURANCE LADY, INC. BY SERVING REGISTERED AGENT THERINE CASSE V IA BENITA**, at OR 440 S. FEDERAL HWY, DEERFIELD BEACH, FL 33441 on MARCH 15, 2000 at 11:00 A.M.

### CORPORATE SERVICE

By serving a copy of the above document(s) to **CATHERINE CASSE VIABENITA** as **REGISTERED AGENT** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation does not keep a registered agent present as required by F.S., Section 48.091.

### COMMENTS

SERVED AT 2ND. ADDRESS OF 440 S. FEDERAL HIGHWAY, DEERFIELD BEACH, FL (UNABLE TO LOCATE ANYONE AT BOCA ADDRESS)

Under penalties of perjury, I declare that I have read the rgoing document and that the facts stated in it are true.  
March 16th, 2000

_____  
JOHN MCNAMARA

INDEX  21853

ZIRKLE PROCESS SERVICE INC.  
8464 STATE ROAD 84  
FORT LAUDERDALE, FL 33324  
OFFICE (954) 382-4748

Exh. 2

12/K