**VERIFIED RETURN OF SERVICE**
J-CAR PROPERTIES, INC.  · BY SERVING REGISTERED AGENT CATHERINE CA IA BENITA

UNITED STATES DISTRICT COURT                               CASE: 00-6233 CIV SEITZ
THE SOUTHERN DISTRICT OF FLORIDA

---

CITIZENS CONCERNED ABOUT DISABILITY          SUMMONS, COMPLAINT, PLAINTIFF'S FIRST SET OF
ACCESS, INC. A FL NOT-FOR PROFIT CORP        INTERROGATORIES TO DEFENDANT J-CAR PROPERTIES INC
                                             FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO J-CAR
vs.                                          PROPERTIES INC.

INSURANCE LADY, INC.,BSN THERAPISTS
AND J-CAR PROPERTIES INC.

FILED by_____ D.C.
DKTG

AUG 28 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

Pursuant to the request of LANCE J. WOGALTER, ESQ., , Pompano Beach, FL. ZIRKLE PROCESS
SERVICE INC., received this process on February 29, 2000 at 01:51 P.M.

I, JOHN MCNAMARA served same on **J-CAR PROPERTIES, INC.  · BY SERVING REGISTERED AGENT
CATHERINE CA IA BENITA**, at ***440 S. FEDERAL HIGHWAY***, ***BOCA RATON***, FL on
MARCH 15, 2000 at 11:00 A.M.

**CORPORATE SERVICE**

By serving a copy of the above document(s) to **CATHERINE CASSE VIABENITA** as
**REGISTERED AGENT** or any employee of defendant corporation in the absence of any superior
officer as defined in Florida Statute, Section 48.081 when defendant's corporation does
not keep a registered agent present as required by F.S., Section 48.091.

**COMMENTS**

SERVED AT 2ND. ADDRESS OF 440 S. FEDERAL HIGHWAY, DEERFIELD BEACH, FL. UNABLE TO LOCATE
ANYONE AT BOCA ADDRESS

Under penalties of perjury, I           ZIRKLE PROCESS SERVICE INC.
declare that I have read the            8464 STATE ROAD 84
foregoing document and that the facts   FORT LAUDERDALE, FL 33324
stated in it are true.                  OFFICE (954) 382-4748
March 16th, 2000

_____
JOHN MCNAMARA

INDEX  21854

Ex.L, 1