SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Citizens Concerned,             CASE NO. 00-cv-6233-Seitz

    Plaintiff(s),

v.

**Insurance Lady, Inc.**,
,

    Defendant(s).
_____/

FILED by _____ D.C.
Jan 30, 2001
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Insurance Lady, Inc.**, in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default hereby entered against defendant(s) Insurance Lady, Inc.,, as of course, on this date January 30, 2001.

**CLARENCE MADDOX**
CLERK OF COURT

By: _Lorraine Sandelin_
    Deputy Clerk