UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Citizens Concerned, Inc.,         CASE NO. 00-cv-6233-Seitz

    Plaintiff(s),

v.

**J-Car Properties, Inc.**,
,

    Defendant(s).
_____/

FILED by _____ D.C.
Jan 30, 2001
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **J-Car Properties, Inc.**, in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default hereby entered against defendant(s) J-Car Properties, Inc.,, as of course, on this date January 30, 2001.

**CLARENCE MADDOX**
CLERK OF COURT

By: _Loraine Sandelin_
    Deputy Clerk