UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE LADY, INC.; BSN THERAPISTS; and J-CAR PROPERTIES, INC.,<br><br>Defendants. | Case No. 00-6233-CIV-SEITZ/GARBER<br><br>**PLAINTIFF'S MOTION FOR DEFAULT AGAINST THE DEFENDANTS INSURANCE LADY, INC. and J-CAR PROPERTIES, INC.** |

This matter was filed on February 16, 2000. On January 30, 2001, the Clerk of Court entered default against INSURANCE LADY, INC. and J-CAR PROPERTIES, INC. As of this date, neither of these defendants has served upon the undersigned any papers nor made any response to the summons and complaint. Accordingly, plaintiffs move for judgement of default against these two defendants.

_____
Lance J. Wogalter, Esq., Lance J. Wogalter, P.A.
Florida Bar No. 932183, Counsel for Plaintiff
3712 W. Hillsboro Blvd., Deerfield Beach, FL 33442
Tel.  954-592-2184;  Fax  954-725-1303

**Certificate**:  I certify that as of February 5, 2001, no defendant has filed an appearance in this matter.