UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED by _____ D.C.
FEB 6 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CITIZENS CONCERNED ABOUT )
DISABILITY ACCESS, INC., a Florida )
not-for-profit corporation, )
                                Plaintiff, )  Case No. 00-6233-CIV-SEITZ/GARBER
                                v. )
                                 )  **JUDGEMENT OF DEFAULT AGAINST THE**
INSURANCE LADY, INC.; BSN ) **DEFENDANTS INSURANCE LADY, INC.**
THERAPISTS; and J-CAR ) **and J-CAR PROPERTIES, INC.**
PROPERTIES, INC., )
                                 Defendants. )

This matter was filed on February 16, 2000. On January 30, 2001, the Clerk of Court entered default against INSURANCE LADY, INC. and J-CAR PROPERTIES, INC. As of this date, neither of these defendants has made any response to the summons and complaint. Accordingly, IT IS

ORDERED and ADJUDGED that judgement of default shall be entered as against defendants INSURANCE LADY, INC. and J-CAR PROPERTIES, INC. This Order resolves D.E. Nos. 7 and 11.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of Feb., 2001.

Patricia A. Seitz
UNITED STATES DISTRICT JUDGE

cc:
Lance J. Wogalter, Esq.
Catherine Cassese, Registered Agent



Rec'd in MIA Dkt 2-8-01