UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> INSURANCE LADY, INC.; BSN THERAPISTS; and J-CAR PROPERTIES, INC., <br><br> Defendants. | Case No. 00-6233-CIV-SEITZ/GARBER <br><br> NOTICE OF DISMISSAL |

NOW INTO COURT, comes the plaintiff, through undersigned counsel, and dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(i). The defendants have not filed any response or other paper in this action.

_____
Lance J. Wogalter, Esq., Lance J. Wogalter, P.A.
Florida Bar No. 932183, Counsel for Plaintiff
3712 W. Hillsboro Blvd., Deerfield Beach, FL 33442
Tel.   954-592-2184;  Fax   954-725-1303

**Certificate**:  I certify that as of February 22, 2001, no defendant has filed an appearance in this matter.

_____

