UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6233-CIV-SEITZ/GARBER



FILED by _____ D.C.

FEB 27 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,

  Plaintiff,

vs.

INSURANCE LADY, INC., *et al.*,

  Defendants.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the plaintiff's Notice of Dismissal, filed February 23, 2001. Upon due consideration and pursuant to FED. R. CIV. P. 41(a), it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE. Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 27th day of February, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copy to:
Lance J. Wogalter, Esq.